# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Catch 26, LLC, et al.

                          Plaintiff,

v.                                            Case No.: 1:17−cv−06135
                                                            Honorable Sharon Johnson Coleman

LGP Realty Holdings, LP, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 2, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The defendants' motion to continue [156] is granted. The status hearing set for 1/28/2019 is stricken and reset for 3/1/2019 at 9:00 AM. The Court cautions that no further requests to continue this case will be entertained in light of its age and the motions that remain pending. The Court will only strike the status hearing set by this order upon the filing of a stipulation of dismissal permitting the dismissal of this case. No appearance necessary on 1/3/2019. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.