**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CATCH 26, LLC, an Illinois Limited Liability
Company, GAS CAP FUELS, LLC, an Illinois
Limited Liability Company and GRAYSLAKE
STOP & SHOP, LLC, an Illinois Limited Liability
Company,

      Plaintiffs,

  - against -

LGP REALTY HOLDINGS, LP, a Delaware Limited
Partnership, as successor by assignment from
PT, LLC, BAPA, LLC and State Oil Company and
LEHIGH GAS WHOLESALE, LLC, a Delaware
Limited Liability Company,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
LGP REALTY HOLDINGS LP, LEHIGH GAS
WHOLESALE LLC, LEHIGH GAS WHOLESALE
SERVICES, INC. AND CROSSAMERICA
PARTNERS LP,

      Third-Party Plaintiffs,

  - against -

CATCH 26, LLC, GAS CAP FUELS, LLC,
GRAYSLAKE STOP & SHOP, LLC, LOUAY ALANI
and ALI ALANI,

      Third-Party Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Index No.: 1:17-cv-06135
Honorable Sharon Johnson Coleman

**NOTICE OF MOTION**

**TO:** **TIMOTHY C. CULBERTSON, ESQ.**
   P.O. Box 677
   Cary, IL 60013
   (847) 913-5945
   Illinois ARDC No. 6229083

1

**WILLIAM S. BAZIANOS, ESQ.**
**ROESER BUCHEIT & GRAHAM, LLC**
Attorneys for Plaintiffs and Third-Party Defendants
Two North Riverside Plaza, Suite 1420
Chicago, IL 60606
(312) 300-2520

**PLEASE TAKE NOTICE** that, on February 7, 2019 at 8:45 a.m., or as soon thereafter as counsel can be heard, we shall present the attached Defendants' Motion for So-Ordered Settlement Agreement and 150-day Conditional Order of Settlement to the Honorable Sharon Johnson Coleman, or any judge sitting in her stead, in Courtroom 1425 of the Everett McKinley Dirksen United States Courthouse located at 219 South Dearborn Street, Chicago, Illinois 60604.

By:

/s/ David A. Rolf
**DAVID A. ROLF, ESQ.**
**SORLING NORTHRUP ATTORNEYS**
Attorneys for Defendants
1 North Old State Capital Plaza, Suite 200
P.O. Box 5131
Springfield, Illinois 62705
(217) 544-1144
darolf@sorlinglaw.com
Illinois ARDC Co. 6196030

/s/ Urs Broderick Furrer
**URS BRODERICK FURRER, ESQ.**
**HARRITON & FURRER, LLP**
Attorneys for Defendants
84 Business Park Drive, Suite 302
Armonk, New York 10504
(914) 730-3400
UBFurrer@hflawllp.com
*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I, Urs Broderick Furrer, an attorney, hereby certify that on February 4, 2019, this Notice and the documents specified therein were served upon the parties listed via the Court's ECF system.

/s/ Urs Broderick Furrer