# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Catch 26, LLC, et al.

                    Plaintiff,

v.                                    Case No.: 1:17−cv−06135
                                        Honorable Sharon Johnson Coleman

LGP Realty Holdings, LP, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 4, 2019:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: All matters relating to the referral of this matter having been resolved, this case is returned to the District Judge. The status hearing set for 2/12/19 is stricken with no appearance required. Referral terminated. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.