UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Catch 26, LLC, et al.
                        Plaintiff,

v.                                           Case No.: 1:17−cv−06135
                                               Honorable Sharon Johnson Coleman

LGP Realty Holdings, LP, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 5, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The parties having filed a fully executed settlement agreement on the docket, the defendants' motion for an order of settlement [160] is granted. Pursuant to the parties' settlement agreement, this action is dismissed without prejudice for 150 days. That dismissal will automatically convert to a dismissal with prejudice if a motion to reinstate is not timely filed. No appearance necessary on 2/7/2019. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.